UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 22  12 32 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN

DECLAN MURPHY  :
 :
v  :   Civil No. 3:03 cv 54 (PCD)
 :
 :
GULF STATE CREDIT, LLC  :

### ORDER OF DISMISSAL

Default under Fed. R. Civ. P. 55(a) having been entered on September 18, 2003, as to the above-named defendant and Plaintiff not having moved for default judgment under Fed. R. Civ. P. 55(b) within thirty (30) days of the Notice of Default, all claims asserted are hereby dismissed as to the above-noted defendant.

It is so ordered.

Dated at New Haven, Connecticut this 22nd day of October, 2003.

KEVIN F. ROWE, Clerk
By

*Patricia A. Villano*

Patricia A. Villano
Deputy Clerk

EOD: 10/22/03